CHARLES S. HIRSCH and Others v. BERKELEY C. SEXTON and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JAMES J. McCABE, Deceased.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JAMES J. McCABE, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL RUSCIANO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL SAVIANO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALICE J. CAVANAUGH.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX WACHTLER v. HABIB HOMSY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX WACHTLER v. HABIB HOMSY and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD HAVRANEK v. CATHERINE K. MORGAN and Others.— Application denied. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SCHROEDER & COMPANY, INC., v. AMERICAN RAILWAY EXPRESS COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM F. WILMOTH v. NATIONAL BISCUIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMERICAN BRIDGE COMPANY v. PATRICK McGOVERN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS HUEBSHMAN v. JULIUS G. KUGELMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM W. STAUB v. YOUGH TRUST COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

IRVING SILK COMPANY, INC., v. CARL LANG and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

REGINALD ROWE, an Infant, v. J. J. LITTLE & IVES COMPANY. ANNA ROWE v. J. J. LITTLE & IVES COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY MAYRHOFER v. JOSEPH J. DE LONG.— Motion denied, with